ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                       )
Raytheon Company                                       )     ASBCA No. 61859
                                                       )
Under Contract No. W56HZV-11-C-0130                    )

APPEARANCES FOR THE APPELLANT:          Kevin P. Connelly, Esq.
                                        Jeffrey M. Lowry, Esq.
                                          Vedder Price P.C.
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Scott N. Flesch, Esq.
                                          Army Chief Trial Attorney
                                        LTC Abraham Young, JA
                                        Frank A. March, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 23, 2021

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61859, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated: September 23, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals